# UNITED STATES DISTRICT COURT

**FILED**

**EASTERN** DISTRICT OF **CALIFORNIA**

—oOo—

SEP 2 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ A. JESSEN _____

UNITED STATES OF AMERICA

v.

ERIC MOORE,
JOSE ARELLANO,
aka "Fuzzy," and
JOSEPH VASQUEZ, JR.,
aka "Weasel"

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

**1: 1 2 MJ 0 0 2 3 0 - BAM**

   I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. In the Eastern District of California and elsewhere defendant did,

Case 2:12-cr-00529-JO-SK Document 1 Filed 09/29/12 Page 2 of 3

‣ COUNT 1: beginning at a time unknown but no later than on or about August 14, 2012 and continuing through no later than August 28, 2012, the defendants did knowingly conspire and agree together and with each other, and with other persons both known and unknown, to unlawfully steal, take or carry away firearms from a federal firearms licensee.

## MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that two of the defendants traveled from the Fresno, California area to the target location, used a pry bar to enter the locations, entered, grabbed a number of firearms, placed them in bins, placed them in a vehicle or vehicles and subsequently returned to the Fresno area with the firearms.

It was further a part of the conspiracy that the defendants would then sell the firearms for profit.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of California and elsewhere:

(a) On or about August 14, 2012, Moore and Arellano drove from the Fresno, California area to Corona, California and unlawfully broke into and entered Turner's Outdoorsman which carries a federal firearms license to acquire and distribute firearms, stole 12 rifles, returned to the Fresno area, met with Vasquez and proceeded to sell the stolen firearms.

(b) On or about August 28, 2012, Moore and Arellano drove from the Fresno, California area to Torrance, California and unlawfully broke into and entered Turner's Outdoorsman which carries a federal firearms license to acquire and distribute firearms, stole 42 firearms, returned to the Fresno area and agreed with Vasquez to sell the stolen firearms.

The firearms unlawfully taken in each instance traveled in and affected interstate commerce.

All in violation of Title 18 United States Code, Section 371.

COUNT 2: Between on or about August 14, 2012 and on or about September 25, 2012 knowingly possessed stolen firearms, that is:

2 - DPMS Inc. 223 caliber rifles,
DPMS Inc 556 caliber rifle,
Hi-Point .45 caliber rifle,
Hi-Point .40 caliber rifle,
2 - Smith and Wesson 556 caliber rifles,
Del-Ton Inc. 556 caliber rifle,
Hi-Point 9mm rifle
Bushmaster Firearms 223 caliber rifle
Masterpiece Arms 9mm rifle
Del-Ton Inc 556 caliber rifle
Romarm 762 caliber rifle
Sig Sauer .40 caliber pistol
2 - Sig Sauer .45 caliber pistols
DPMS Inc. 308 caliber rifle
2 - Sig Sauer .40 caliber pistols
2 - PTR-91 308 caliber rifles
2 - Del-Ton Inc. 556 caliber rifles
Bushmaster Firearms 223 caliber rifle
3 - Smith and Wesson .44 caliber revolvers
Smith and Wesson .38 caliber revolver
3 - Smith and Wesson .357 caliber revolvers
Smith and Wesson .22 caliber revolver
2 - Smith and Wesson .38 caliber revolvers
Smith and Wesson .40 caliber pistol
2 - Smith and Wesson 9 mm pistols
DPMS Inc. 223 caliber rifle
J P Enterprises Inc. 223 caliber rifle
Colt 223 caliber rifle
Lewis Machine and Tool Company 556 caliber rifle
Palmetto State Armory 556 caliber rifle
Smith and Wesson 223 caliber rifle
2 - Colt 223 caibler rifles
Armalite 223 caliber rifle
4 - HS Products 9mm pistols
2 - HS Products .40 caliber pistols
2 - HS Products .45 caliber pistols
which had been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

▸ See Affidavit of Special Agent Sherri Reynolds, attached hereto and incorporated herein.

Continued on the attached sheet and made a part of this complaint: x

Signature of Complainant
Sherri Reynolds
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and signed in my presence

at    Fresno, California

Date  9/26/12

City         State

Barbara A. McAuliffe    U.S. Magistrate Judge

Name of Judge    Title of Judge    Signature of Judge