# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Respondent,<br><br>  v.<br><br>ERIC MOORE,<br><br>                Defendant-Petitioner. | CASE NO. 1:12-CR-00349-LJO-SKO-3<br><br>ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(ECF NOS. 90, 91, 93) |

On December 21, 2015 Petitioner Eric Moore filed a *pro se* motion (ECF No. 90), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), in which he asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), may impact the length of his sentence. Petitioner additionally requested the appointment of counsel to assist him in this motion. ECF Nos. 91 & 93. To efficiently process petitions under *Johnson* and *Welch v. United States*, 136 S. Ct. 1257 (2016), and pursuant to Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **December 21, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. From the date of the FDO's filing, the Government shall have **30 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **30 days** to file a reply. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.
IT IS SO ORDERED.

Dated:   **November 21, 2016**      /s/ Lawrence J. O'Neill
                                                       UNITED STATES CHIEF DISTRICT JUDGE