HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
ERIC MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-0349 LJO |
|---|---|---|
| *Plaintiff*, | ) | |
| vs. | ) | **ORDER FILING UNDER SEAL** |
| ERIC MOORE, | ) | |
| *Defendant.* | ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the movant's Supplement to his Section 2255 motion, the presentence report and recommendations, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **December 14, 2016**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE

Sealing Order

1