McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00349-NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| ERIC MOORE, | |
| Defendant. | |

**STIPULATION**

1. Defendant Eric Moore filed a motion for reduction in sentence and compassionate release on August 3, 2020. Docket No. 106. On August 4, 2020, the Court ordered the parties to confer and attempt to agree on a briefing schedule to be communicated to the Court within 5 days of the order (excluding the weekend, that date is August 11, 2020). Docket No. 107.

2. The parties conferred, and stipulate and request the following schedule:

   a. Defendant's supplemental briefing: September 9, 2020

   b. Government's opposition/response: September 30, 2020

   c. Defendant's reply: October 7, 2020

1     IT IS SO STIPULATED.

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

Dated: August 11, 2020

                                               */s/ Kimberly A. Sanchez*
                                               KIMBERLY A. SANCHEZ
                                               Assistant United States Attorney

Dated: August 11, 2020                    /s/ *Harry Drandell*
                                               HARRY DRANDELL
                                               Counsel for Defendant Eric Moore

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a. Defendant's supplemental briefing: September 9, 2020

    b. Government's opposition/response: September 30, 2020

    c. Defendant's reply: October 7, 2020

IT IS SO ORDERED.

Dated:   **August 11, 2020**           /s/ Dale A. Drozd
                                                     UNITED STATES DISTRICT JUDGE